```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 0 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

      -v.-                        :   07 Cr. 653 (PAC)

KENNETH ESSELL,                   :   Order on Release

      Defendant.                   :

- - - - - - - - - - - - - - - - - - - x

HONORABLE PAUL A. CROTTY, United States District Judge:

      The above-referenced defendant, KENNETH ESSELL, was arrested and presented on July 25, 2007. At that time, he was ordered detained by Magistrate Judge Michael H. Dolinger, with the consent of both parties, without prejudice to a future bail application by the defendant. On September 6, 2007, the defendant made such an application before this Court. Based on the application of the defendant, and the statements made by both parties on the record on September 6, 2007, it is hereby

      ORDERED that KENNETH ESSELL, the defendant, be released on the following conditions: a personal recognizance bond in the amount of $100,000, to be co-signed by two financially responsible persons, and secured by the posting of cash in the amount of $10,000; that the defendant's travel be restricted to the Southern and Eastern Districts of New York; that the defendant surrender all travel documents and make no new applications for travel documents; and that the defendant be subject to strict pre-trial supervision.

IT IS FURTHER ORDERED that KENNETH ESSELL, the defendant, be released only upon the satisfaction of all of the conditions specified above.

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
         September 7, 2007