UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 3 2007

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                    Plaintiff,                    1: 07 Cr.653 - 1   (PAC)

        - against -                               ORDER

Kenneth Essell,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HONORABLE PAUL A. CROTTY, United States District Judge:

The Assistant Federal Defender, David E. Patton, is hereby relieved as counsel to defendant

Kenneth Essell. The C.J.A. attorney assigned to receive cases on this day, Paul J. McAllister, is

hereby ordered to assume representation of the defendant in the above captioned matter. See

transcript of proceeding held on September 12, 2007.

                              SO ORDERED

                              PAUL A. CROTTY
                              United States District Judge

Dated:    New York, New York
          September 12, 2007