PAUL J. MCALLISTER
ATTORNEY AT LAW
401 BROADWAY 25TH FLOOR
NEW YORK, NEW YORK 10013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

TELEPHONE
(212) 274-0920

TELECOPIER
(212) 941-7108

April 17, 2008

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re.: United States v. Kenneth Essell
07 Cr. 653-01 (PAC)

Dear Judge Crotty:

I represent the Defendant, Kenneth Essell, in the above-referenced matter. This matter is currently scheduled for sentencing before Your Honor on Wednesday, April 23, 2008, at 11:30 a.m. I write to respectfully request that this matter be adjourned to one of the following three dates, whichever is most convenient to the Court. Tuesday, May 6, 2008, at 11:30 a.m., Monday, May 12, 2008, at 11:30 a.m. or Tuesday, May 20, 2008 at 11:30 a.m.

The principal reason for this request is that I have only just received the PSR yesterday and will not have had adequate time to both review it with my client and prepare, if necessary, a written submission by the currently scheduled date. Additionally, Mr. Essell's wife has advised me that the family wishes to produce letters on Mr. Essell's behalf and I have not yet received any such letters much less reviewed them.

I have spoken with A.U.S.A. Jenna M. Dabbs and she consents to the granting of this request and the dates and times I have suggested are convenient to her as well, although she advises me that either of the latter two would be better for her.

Respectfully submitted,

Paul J. McAllister

cc: A.U.S.A. Jenna M. Dabbs

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to 5/6/08 at 11:30 AM in Courtroom 20-C.

SO ORDERED: APR 1 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE